```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                      Criminal No. 10-cr-124-01-JD

Carlos Ramirez

### O R D E R

The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted; Trial is continued to the two-week period beginning January 19, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                          */s/ Joseph A. DiClerico, Jr.*
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge

Date: November 23, 2010

cc: Andrew Schulman, Esq.
    Clara Lyons, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation